UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KARA TZANETIS

v.                                  CASE NO. 3:09CV 413 (DJS)

WEINSTEIN & RILEY, P.S.              August 1, 2011

## NOTICE OF APPEAL

Notice is hereby given that Kara Tzanetis, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 1st day of November, 2010, and the denial of plaintiff's Motion for Reconsideration filed July 26, 2011.

                                    THE PLAINTIFF

                                    BY __/s Joanne S. Faulkner___
                                    JOANNE S. FAULKNER ct04137
                                    123 Avon Street
                                    New Haven, CT 065l1
                                    (203) 772-0395